1  LUCIAN J. GRECO, ESQ.
   Nevada State Bar No. 10600
2  JARED G. CHRISTENSEN, ESQ.
   Nevada State Bar No. 11538
3  DELEELA M. WEINERMAN, ESQ.
   Nevada State Bar No. 13985
4  BREMER WHYTE BROWN & O'MEARA LLP
   1160 N. TOWN CENTER DRIVE
5  SUITE 250
   LAS VEGAS, NV 89144
6  TELEPHONE: (702) 258-6665
   FACSIMILE: (702) 258-6662
7  lgreco@bremerwhyte.com
   jchristensen@bremerwhyte.com
8  dweinerman@bremerwhyte.com

9  Attorneys for Defendant,
   James River Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIAS REDEAT, an individual, | Case No. 2:18-cv-00333-APG-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT JAMES RIVER INSURANCE'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| JAMES RIVER INSURANCE COMPANY and DOES 1 THROUGH 100, inclusive, | |
| Defendants. | |

All of the parties hereto, and for good cause described in this stipulation, agree to continue the briefing schedule in regards to Defendant James River Insurance Company's Motion for Summary Judgment pursuant to the ruling of Magistrate George Foley during the February 1, 2019 hearing.

Specifically, the parties agree to continue the deadline for Plaintiff Elias Redeat to file his Response to Defendant's Motion for Summary Judgment until June 15, 2019 after the necessary discovery has been completed.

/ / /

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1156.269 4817-3362-5735.2

Defendant's Reply will be filed thereafter in accordance with District Court Rules.

Dated this 6th day of February 2019

BREMER, WHYTE, BROWN
& O'MEARA, LLP

*/s/Deleela M. Weinerman*
Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 10600
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Weinerman
Nevada State Bar No. 13985
Attorneys for Defendant,
James River Insurance Company

Dated this 6th day of February 2019

ASBEROM & BROWN, LLC

*/s/James Leonard Brown*
Mona Asberom, Esq.
Nevada Bar No. 3674
James Leonard Brown, Esq.
Nevada Bar No. 3686
Attorneys for Plaintiff,
Elias Redeat

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 7, 2019.

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1156.269 4817-3362-5735.2